FILED
U.S. DISTRICT COURT
SAVANNAH
2013 JUN -6 PM 2:
CLERK A. Moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GRADY R. WILLIAMS,

    Petitioner,

v.      CIVIL ACTION NO.: CV613-036

BRIAN OWENS, Commissioner, and
STANLEY WILLIAMS, Warden,

    Respondents.

## ORDER

Petitioner, an inmate incarcerated at Georgia State Prison in Reidsville, Georgia, filed this action pursuant to 28 U.S.C. § 2241. Petitioner sought to proceed in forma pauperis. By Order dated April 10, 2013, the Court denied Petitioner's motion to proceed in forma pauperis as it appeared Petitioner had sufficient funds to pay the $5.00 filing fee. Petitioner was advised that his failure to pay the filing fee would result in the dismissal of this action. Petitioner has failed to pay the filing fee to proceed with this case. Accordingly, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 6 day of June, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA